IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 2:14-cr-04068-BCW |
| ANDRE JAMES HARVEY, JR., ) | |
| Defendant. ) | |

### ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to all counts in the indictment indicated in the above caption, is now <u>Accepted</u> and the Defendant is <u>Adjudged Guilty</u> of such offenses. Sentencing will be set by subsequent Order of the Court.

                                                           /s/Brian C. Wimes
                                                           **BRIAN C. WIMES**
                                                           **UNITED STATES DISTRICT JUDGE**

Date: December 4, 2015